■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES BRANCH, Appellant, v. THOMAS MARTIN, as Superintendent of the Onondaga County Penitentiary, Respondent. THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES BRANCH, Appellant, v. SARTO MAJOR, as Sheriff of the County of Onondaga, Respondent.— Order unanimously affirmed, without costs of this appeal to either party, on the authority of the *People* v. *Bellfield* (33 Misc 2d 712, affd. 11 N Y 2d 947). (Appeal from order of Onondaga County Court dismissing a writ of habeas corpus.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ In the Matter of MATHIAS MULLER et al., Doing Business as SOUTH COLUMBIA INN, Petitioners, v. MARTIN C. EPSTEIN et al., Constituting the State Liquor Authority, Respondents.— Determination unanimously confirmed, without costs. (Review of Determination of respondents, transferred by order of Herkimer Special Term, which cancelled the hotel liquor license of the petitioners.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ In the Matter of LEO T. NOONAN, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Determination unanimously annulled, with $50 costs and disbursements and respondent directed to restore petitioner's license. Memorandum: Petitioner's driver's license was suspended for 30 days following a hearing pursuant to section 510 (subd. 3, par. [c]) of the Vehicle and Traffic Law because of gross negligence in the operation of his automobile. While there is proof in the record upon which a finding of ordinary negligence might possibly be based, we find no substantial evidence that petitioner was guilty of gross negligence in the operation of his vehicle. (Review of determination of respondent suspending petitioner's driver's license for 30 days, transferred by order of Erie Special Term.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ In the Matter of the Estate of MARVIN C. McDONALD, Deceased. MARY F. HENRY, Appellant; MILDRED H. McDONALD et al., Respondents.— Decree unanimously affirmed, without costs of this appeal to either party. (Appeal by Mary Frances Henry, heir at law, next of kin and legatee, from decree of Onondaga County Surrogate's Court construing the will of decedent.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ VIRGINIA CONNOR, as Administratrix of the Estate of JAMES CONNOR, Deceased, Respondent, v. GERALD HOFFMAN et al., Appellants.— Judgment and order unanimously affirmed, with costs. (Appeal from judgment and order of Monroe Trial Term, for plaintiff in an automobile negligence action. The order denied a motion for summary judgment.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ In the Matter of ROY C. SCHOENHAAR et al., Respondents, v. IRVING AIR CHUTE CO. INC., et al., Appellants.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal by respondents from an order of Erie Special Term declaring action of board of directors of Irving Air Chute Co., Inc., postponing date of annual meeting void and of no effect; denying respondent's demand for a jury trial; ordering respondent Halpern as secretary to call a meeting for May 16, 1962 and to give due and proper notice to stockholders.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.